AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

JUL 14 2011

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CARLOS MISRAEL GARCIA | ) | Case No. 1:11MJ566 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 5, 2011__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Defendant was found in the United States after having been denied admission, excluded, deported, or removed without the consent of the Attorney General or Secretary of Homeland Security to reapply for admission in the United States or a waiver for such consent. |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

Corey S. Holsinger, Special Agent, ICE

*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/14/2011__

/s/Thomas Rawles Jones, Jr.

*Judge's signature*

City and state: __Alexandria, Virginia__

Honorable T. Rawles Jones, Jr.

*Printed name and title*